USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WENDY DREWS,

      Plaintiff,

    -against-

JOAN SILVESTRI; IONA NORTHERN;
JULIANNA LAMBOS; ROCKLAND
COUNTY; ROCKLAND COUNTY
DEPARTMENT OF SOCIAL SERVICES;
CHARLENE SANTILLI; PATRICIA
UNDERWOOD; JANE DOES 1-3; CARLA
HINES-MELCHER,

      Defendants.

---

25-CV-2710 (NSR)

ORDER OF SERVICE

---

NELSON S. ROMÁN, United States District Judge:

Plaintiff brings this action *pro se.*[1] By order dated November 17, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. On March 27, 2026, Plaintiff filed an amended complaint (ECF 14) asserting claims arising from the removal on May 31, 2023, of her then-16-year-old son from her custody.

## DISCUSSION

### A. Service on Named Defendants

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to assistance from the court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] This action was reassigned to my docket as related to *Drews v. Adams*, No. 7:24-cv-06698 (NSR).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants Joan Silvestri, Iona Northern, Julianna Lambos, Rockland County, Rockland County Department of Social Services, Charlene Santilli, Patricia Underwood, and Carla Hines-Melcher. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.[2]

Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and amended complaint until the Court reviewed the amended complaint and ordered that summonses issue. The Court therefore extends the time to serve until 90 days after the date summonses issue. If the amended complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

---

[2] Plaintiff has not provided addresses for all defendants, which is her responsibility. *See, e.g.*, *Van Arsdol v. Charles*, No. 25-CV-5366 (LTS), 2025 WL 1808881, at *1 (S.D.N.Y. July 1, 2025) ("It is the responsibility of the plaintiff . . . to provide a current address at which service may be effected on each defendant." (quoting *Lewis v. Maldonado*, No. 14-CV-0437, 2015 WL 2016174, at *1 (D. Conn. May 1, 2015)); *Sebastian v. Doe*, No. 25-CV-0911 (JAV), 2025 WL 831588 (S.D.N.Y. Feb. 19, 2025) (same); *see also Hunter v. Hill*, No. 04-CV-0920, 2009 WL 483154, at *2 (W.D.N.Y. Feb. 25, 2009) ("[I]t is not the responsibility of the [Court] . . . to provide plaintiffs with the names and addresses of the defendants which they sue."). If any defendant cannot be served, it is Plaintiff's obligation to supply addresses for service.

**B.      Doe defendants**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Plaintiff sues Jane Does 1-3, describing them as school officials who participated in the reporting and coordination that led to removal of her child. (ECF 14 at 4, ¶ 14.) Plaintiff alleges that these unidentified defendants conspired and acted in concert to deprive Plaintiff of her constitutional rights, in violation of 42 U.S.C. § 1985(3), and failed to prevent a conspiracy, in violation of 42 U.S.C. § 1986. (*Id.* at ¶¶ 67, 70.) In the amended complaint, Plaintiff does not supply sufficient information to permit the Rockland County Attorney to identify Jane Does 1-3, and the Court therefore does not direct the Rockland County Attorney to attempt to do so.

**CONCLUSION**

The Clerk of Court is instructed to issue summonses for Defendants Joan Silvestri, Iona Northern, Julianna Lambos, Rockland County, Rockland County Department of Social Services, Charlene Santilli, Patricia Underwood, and Carla Hines-Melcher, complete the USM-285 forms with the address for each defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    April 16, 2026
             White Plains, New York

_____
            NELSON S. ROMÁN
          United States District Judge

**SERVICE ADDRESSES FOR DEFENDANTS**

1.    Joan Silvestri, Commissioner
      Rockland County Department of Social Services
      50 Sanatorium Road, Building L
      Pomona, NY 10970

2.    Iona Northern
      Rockland County Department of Social Services
      50 Sanatorium Road, Building C
      Pomona, NY 10970

3.    Julianna Lambos
      Rockland County Department of Social Services
      50 Sanatorium Road, Building C
      Pomona, NY 10970

4.    Rockland County
      Rockland County Attorney
      11 New Hempstead Rd
      New City, NY 10956

5.    Rockland County Department of Social Services
      50 Sanatorium Road, Building C
      Pomona, NY 10970

6.    Charlene Santilli, Social Worker
      Rockland BOCES
      65 Parrott Road
      West Nyack, NY 10994

7.    Patricia Underwood, Nurse Practitioner
      Suffern High School
      49 Viola Road
      Suffern, NY 10901

8.    Carla Hines-Melcher, Property Manger
      92 Blauvelt Way
      Suffern, NY 10901