USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY M. DREWS,

Plaintiff,

-against-

ROCKLAND COUNTY ET AL.,

Defendant.

25 Civ. 2710 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

As the Court is only now addressing Defendants Charlene Santilli's and Carla Hines-Melcher's request to join the briefing schedule set for Rockland County Defendants (ECF Nos. 37, 38), thereby effectively leaving them with only one day to serve their moving papers, the Court is setting the following global briefing schedule for Rockland County Defendants' and Defendants Charlene Santilli's and Carla Hines-Melcher's ("all Defendants") anticipated motions to dismiss in the interest of judicial efficiency:

(1) All Defendants shall serve (not file) their moving papers on or before **August 17, 2026**;

(2) Plaintiff shall serve (not file) her opposition papers on or before **October 5, 2026**; and

(3) All Defendants shall serve and file their reply papers on **October 26, 2026**.

All papers shall be filed on the reply date, **October 26, 2026**. The parties are directed to mail two hard copies of their papers to Chambers as they are served.

The Clerk of Court is directed to terminate the motions at ECF No. 37, 38, and 41.

SO ORDERED.

Dated: July 16, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge