USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/8/2026

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
WENDY DREWS,
Plaintiff,

-against-

ROCKLAND COUNTY, NEW YORK;
ROCKLAND COUNTY DEPARTMENT OF SOCIAL SERVICES;
JOAN SILVESTRI, DSS Commissioner, individually;
CHARLENE SANTILLI, School Official, individually;
PATRICIA LEE UNDERWOOD, Nurse Practitioner, individually;
IONA SMITH NORTHERN, DSS Caseworker, individually;
JULIANNA LAMBOS, DSS Caseworker, individually;
CARLA HINES-MELCHER, individually,
Defendants.
-------------------------------------------------x

Case No. 1:25-cv-02710 (NSR)

EMERGENCY LETTER-MOTION
TO TEMPORARILY SEAL
DOCKET ENTRIES #55 AND #56

**Defendants are kindly directed to respond by October 12, 2026.**

**The Clerk of the Court is kindly directed to terminate the motion at ECF No. 58.**

**Dated: October 8, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

TO THE HONORABLE NELSON S. ROMÁN, U.S.D.J.:

Plaintiff Pro Se, Wendy Drews, respectfully submits this Emergency Letter-Motion requesting that the Court direct the Clerk's Office to temporarily seal and restrict public access to Docket Entry Numbers 55 and 56.

Per this Court's prior directive, the document bundle required to be filed by Defendants by October 26, 2026, was intended to be submitted as hard copies only on October 5, 2026. However, the Clerk's office inadvertently scanned and uploaded these documents to the public ECF docket on October 6, 2026. This includes Docket Entry 56, as well as Docket Entry 55 which contains associated pages from the bundle.

Because these documents contain sensitive matter intended strictly for hard-copy review, public exposure on the open docket circumvents the Court's directive. Plaintiff lacks physical transportation to deliver a paper motion to the White Plains courthouse and therefore respectfully requests electronic relief via the Court's temporary electronic intake system.

Plaintiff respectfully requests that the Court order Docket Entry Numbers 55 and 56 to be temporarily sealed immediately to protect the record until this administrative filing issue can be fully reviewed and resolved.

Respectfully submitted,

Dated: October 6, 2026
New York, New York

/S/

Wendy Drews

Wendy Drews, Plaintiff Pro Se
ACP 7037 P.O. Box 1110 Albany, N.Y. 12201-1110
(845)-925-0307
wendydrewsphotography@gmail.com