USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2026

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

MEMO ENDORSED

October 9, 2026

**The Clerk of the Court is kindly directed to seal ECF Nos. 55 and 56 and terminate the motion at ECF No. 61.**

**Dated: October 13, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Via ECF and Fax**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601
T: 914.390.4177
F: 914.390.4179

**Re:** ***Wendy Drews v. Rockland County Officials, et. al*** **No. 1:25-02710**

United States District Judge Nelson S. Román:

As you know, this office represents Defendant Carla Hines-Melcher in the above captioned matter. Please be advised that we have reviewed the application to seal under ECF Docket Entry No. 58. It is unclear the basis for which Plaintiff seeks to seal the record for entry No. 55 and 56 or the documents that Plaintiff refers to as “scanned and uploaded”. Notwithstanding, Defendant Hines has no objection to Plaintiff’s desire to seal what this Honorable Court deems “sensitive” information so long as it does not impact the briefing schedule set forth by the Court and resolution of the pending motions.

Thank you for the Court’s time and attention to the instant matter.

Respectfully Submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

Anthony De Ingeniis

**SERVICE:**

All Parties via ECF[1]

[1] Plaintiff has consented and actively participated in E-Filing representation.